# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
CRITTER DETECTIVES § Case No. 12-03527
INCORPORATED
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN               , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 7/12/13 in Courtroom 4016,

DuPage County Courthouse
505 North County Farm Road
Wheaton, Illinois 60187

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____       By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*WHEATON, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      §
                                            §
CRITTER DETECTIVES                          §       Case No. 12-03527
INCORPORATED                                §
                                            §
            Debtor(s)                       §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 24,679.53 |
| and approved disbursements of | $ | 95.12 |
| leaving a balance on hand of[1] | $ | 24,584.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DAVID R. BROWN | $ 3,217.95 | $ 0.00 | $ 3,217.95 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 3,316.50 | $ 0.00 | $ 3,316.50 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $ 293.00 | $ 0.00 | $ 293.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,827.45 |
| Remaining Balance | $ 17,756.96 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 41,088.97  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Illinois Department Of Employment Security | $ 3,463.48 | $ 0.00 | $ 1,496.77 |
| 3 | Internal Revenue Service | $ 31,831.45 | $ 0.00 | $ 13,756.24 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE | $ 5,794.04 | $ 0.00 | $ 2,503.95 |

Total to be paid to priority creditors          $          17,756.96

Remaining Balance                              $               0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,123.39  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Yellow Book Sales & Distribution | $ 20,087.68 | $ 0.00 | $ 0.00 |
| 2A | Illinois Department Of Employment Security | $ 250.00 | $ 0.00 | $ 0.00 |
| 3A | Internal Revenue Service | $ 10,251.46 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4A | ILLINOIS DEPARTMENT OF REVENUE | $ 534.25 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*WHEATON, IL  60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-03527-DRC
Critter Detectives, Incorporated                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dramey              Page 1 of 2            Date Rcvd: Jun 14, 2013
                               Form ID: pdf006           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2013.
```
db           +Critter Detectives, Incorporated,    1294 S. Lloyd Avenue,    Lombard, IL 60148-4262
18429199      Chase Bank,    PO Box 90001022,    Louisville, KY 40290
18606242     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
19338321      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
18429201      Illinois Department of Revenue,    P.O. BOX 19447,    Springfield, IL 62794-9447
18429202     +Illinois Dept. Employment Security,    PO Box 79 (037),    Elgin, IL 60121-0079
18429203    +++Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
18429204    +++JP Morgan Chase Bank,    C/O Kimberly A. Doucas,    Robins, Salmon & Patt, Ltd.,
               180 North LaSalle Street,    Ste: 3300,    Chicago, IL 60601-2808
18429205     +SFP Group,    200 W, Monroe Street, Suite 1700,    Chicago, IL 60606-5072
18429206     +Yellow Book,    Yellow Book West,    PO Box 660052,    Dallas, TX 75266-0052
18504566     +Yellow Book Sales & Distribution,     c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18429200      DEX
                                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2013**                **Signature:**          *Joseph Speetjens*

```
District/off: 0752-1          User: dramey              Page 2 of 2                  Date Rcvd: Jun 14, 2013
                              Form ID: pdf006           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2013 at the address(es) listed below:
```
              Christopher H Purcell    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
              David  Brown, ESQ   on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               marigonzo@springerbrown.com;jill@springerbrown.com
              David L Hazan    on behalf of Defendant    Fifth Third Bancorp dlhazan@divergrach.com
              David R Brown, ESQ   on behalf of Plaintiff David R Brown dbrown@springerbrown.com,
               marigonzo@springerbrown.com;jill@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              David R Brown, ESQ    on behalf of Attorney David R Brown dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R. Daniel Lyons    on behalf of Debtor    Critter Detectives, Incorporated
               rdaniellyons@sbcglobal.net,    rdaniellyons@comcast.net;rdaniellyons@aol.com
              Richard H Fimoff    on behalf of Creditor    JPMorgan Chase Bank N.A. rfimoff@rsplaw.com,
               fb@rsplaw.com
                                                                                             TOTAL: 9
```