UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                      §
                                            §
                                            §
CRITTER DETECTIVES                          §    Case No. 12-03527
INCORPORATED
                                            §
        Debtor(s)                           §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

        DAVID R. BROWN                 , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

        3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| International Sureties, Ltd. | | | | | |
| Congressional Bank | | | | | |
| The Bank of New York Mellon | | | | | |
| CLERK OF THE BANKRUPTCY COURT | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Illinois Department of Revenue P.O. BOX 19447 Springfield, IL 62794-9447 |  |  |  |  |  |
|  | Illinois Dept. Employment Security PO Box 79 (037) Elgin, IL 60121 |  |  |  |  |  |
|  | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 |  |  |  |  |  |
| 2 | Illinois Department Of Employment Security |  |  |  |  |  |
| 4 | ILLINOIS DEPARTMENT OF REVENUE |  |  |  |  |  |
| 3 | Internal Revenue Service |  |  |  |  |  |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank PO Box 90001022 Louisville, KY 40290 | | | | | |
| | DEX | | | | | |
| | Yellow Book Yellow Book West PO Box 660052 Dallas, TX 75266 | | | | | |
| 2A | Illinois Department Of Employment Security | | | | | |
| 4A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 3A | Internal Revenue Service | | | | | |
| 1 | Yellow Book Sales & Distribution | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-03527 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | CRITTER DETECTIVES INCORPORATED | | | | Date Filed (f) or Converted (c): | 01/31/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/03/2012 |
| For Period Ending: | 09/23/2013 | | | | Claims Bar Date: | 11/05/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Fifth Third Bank | 27,921.00 | 27,921.00 | | 24,679.53 | FA |
| 2. Office equipment Location: 1294 S. Lloyd Avenue, L | 300.00 | 300.00 | | 0.00 | 300.00 |
| 3. Animal Traps Location: 1294 S. Lloyd Avenue, Lomba | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $29,221.00 $29,221.00 $24,679.53 $1,300.00
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR): 12/15/2012     Current Projected Date of Final Report (TFR): 12/15/2012

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-03527 | Trustee Name: DAVID R. BROWN |
| Case Name: CRITTER DETECTIVES INCORPORATED | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX7763 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8704 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/23/12 | 1 | FIFTH THIRD BANK | | 1129-000 | $24,679.53 | | $24,679.53 |
| 02/13/13 | 101 | International Sureties, Ltd.<br>Suite 430<br>701 Poydras Street<br>New Orleans, LA 70139 | bond no. 016026455 | 2300-000 | | $20.00 | $24,659.53 |
| 03/08/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | service charge | 2600-000 | | $23.66 | $24,635.87 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | service charge | 2600-000 | | $26.16 | $24,609.71 |
| 05/09/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | | 2600-000 | | $25.30 | $24,584.41 |
| 05/22/13 | | Transfer to Acct # xxxxxx7390 | Transfer of Funds | 9999-000 | | $24,584.41 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $24,679.53 | $24,679.53 |
| Less: Bank Transfers/CD's | $0.00 | $24,584.41 |
| Subtotal | $24,679.53 | $95.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $24,679.53 | $95.12 |

| | | |
|---|---:|---:|
| Page Subtotals: | $24,679.53 | $24,679.53 |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-03527 | Trustee Name: DAVID R. BROWN |
| Case Name: CRITTER DETECTIVES INCORPORATED | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7390 |
| | Checking |
| Taxpayer ID No: XX-XXX8704 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/22/13 | | Transfer from Acct # xxxxxx7763 | Transfer of Funds | 9999-000 | $24,584.41 | | $24,584.41 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.61 | $24,573.80 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.35 | $24,538.45 |
| 07/15/13 | 3001 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,217.95 | $21,320.50 |
| 07/15/13 | 3002 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn Street<br>Chicago, IL 60604<br>ATTN: Fiscal Dept. | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $293.00 | $21,027.50 |
| 07/15/13 | 3003 | SPRINGER BROWN, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,316.50 | $17,711.00 |
| 07/15/13 | 3004 | Illinois Department Of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Final distribution to claim 2 representing a payment of 43.10 % per court order. | 5800-000 | | $1,492.90 | $16,218.10 |
| 07/15/13 | 3005 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution to claim 3 representing a payment of 43.10 % per court order. | 5800-000 | | $13,720.64 | $2,497.46 |
| 07/15/13 | 3006 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Final distribution to claim 4 representing a payment of 43.10 % per court order. | 5800-000 | | $2,497.46 | $0.00 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.87 | ($28.87) |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $24,584.41 | $24,613.28 |
| Less: Bank Transfers/CD's | $24,584.41 | $0.00 |
| Page Subtotals: | $24,584.41 | $24,613.28 |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

|  |  |  |
|---|---|---|
| Subtotal | $0.00 | $24,613.28 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $24,613.28 |

Exhibit 9

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7390 - Checking | $0.00 | $24,613.28 | ($28.87) |
| XXXXXX7763 - Checking Account | $24,679.53 | $95.12 | $0.00 |
| | $24,679.53 | $24,708.40 | ($28.87) |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $24,679.53 |
| Total Gross Receipts: | $24,679.53 |

Page Subtotals:   $0.00   $0.00