# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| CRITTER DETECTIVES INCORPORATED | § | Case No. 12-03527 |
| | § | |
| Debtor(s) | § | |

**AMENDED**

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                         Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 17,711.00    Claims Discharged
                                               Without Payment: NA

Total Expenses of Administration: 6,968.53

---

3) Total gross receipts of $ 24,679.53  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 24,679.53  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,968.53 | 6,968.53 | 6,968.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 30,000.00 | 41,088.97 | 41,088.97 | 17,711.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 125,000.00 | 31,123.39 | 31,123.39 | 0.00 |
| TOTAL DISBURSEMENTS | $ 155,000.00 | $ 79,180.89 | $ 79,180.89 | $ 24,679.53 |

4) This case was originally filed under chapter 7 on 01/31/2012. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2013         By:/s/DAVID R. BROWN
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fifth Third Bank | 1129-000 | 24,679.53 |
| TOTAL GROSS RECEIPTS | | $24,679.53 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | 2100-000 | NA | 3,217.95 | 3,217.95 | 3,217.95 |
| International Sureties, Ltd. | 2300-000 | NA | 20.00 | 20.00 | 20.00 |
| Congressional Bank | 2600-000 | NA | 75.12 | 75.12 | 75.12 |
| The Bank of New York Mellon | 2600-000 | NA | 45.96 | 45.96 | 45.96 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| SPRINGER BROWN, LLC | 3110-000 | NA | 3,316.50 | 3,316.50 | 3,316.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,968.53 | $ 6,968.53 | $ 6,968.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue P.O. BOX 19447 Springfield, IL 62794-9447 | | 5,000.00 | NA | NA | 0.00 |
| | Illinois Dept. Employment Security PO Box 79 (037) Elgin, IL 60121 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | 25,000.00 | NA | NA | 0.00 |
| 2 | Illinois Department Of Employment Security | 5800-000 | NA | 3,463.48 | 3,463.48 | 1,492.90 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 5,794.04 | 5,794.04 | 2,497.46 |
| 3 | Internal Revenue Service | 5800-000 | NA | 31,831.45 | 31,831.45 | 13,720.64 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 30,000.00 | $ 41,088.97 | $ 41,088.97 | $ 17,711.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (5/1/2011) (Page: 5)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank PO Box 90001022 Louisville, KY 40290 | | 95,000.00 | NA | NA | 0.00 |
| | DEX | | 10,000.00 | NA | NA | 0.00 |
| | Yellow Book Yellow Book West PO Box 660052 Dallas, TX 75266 | | 20,000.00 | NA | NA | 0.00 |
| 2A | Illinois Department Of Employment Security | 7100-000 | NA | 250.00 | 250.00 | 0.00 |
| 4A | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 534.25 | 534.25 | 0.00 |
| 3A | Internal Revenue Service | 7100-000 | NA | 10,251.46 | 10,251.46 | 0.00 |
| 1 | Yellow Book Sales & Distribution | 7100-000 | NA | 20,087.68 | 20,087.68 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 125,000.00 | $ 31,123.39 | $ 31,123.39 | $ 0.00 |

UST Form 101-7-TDR (5/1/2011) (Page: 6)

Page: 1

Exhibit 8

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 12-03527    DRC    Judge: Donald R Cassling    Trustee Name: DAVID R. BROWN
Case Name: CRITTER DETECTIVES INCORPORATED    Date Filed (f) or Converted (c): 01/31/2012 (f)
                                              341(a) Meeting Date: 04/03/2012
For Period Ending: 11/11/2013                 Claims Bar Date: 11/05/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Fifth Third Bank | 27,921.00 | 27,921.00 | | 24,679.53 | FA |
| 2. Office equipment Location: 1294 S. Lloyd Avenue, L | 300.00 | 300.00 | | 0.00 | 300.00 |
| 3. Animal Traps Location: 1294 S. Lloyd Avenue, Lomba | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

TOTALS (Excluding Unknown Values)    $29,221.00    $29,221.00    $24,679.53    $1,300.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/15/2012    Current Projected Date of Final Report (TFR): 12/15/2012

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Page: 1

Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-03527
Case Name: CRITTER DETECTIVES INCORPORATED
Taxpayer ID No: XX-XXX8704
For Period Ending: 11/11/2013

Trustee Name: DAVID R. BROWN
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX7763
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/23/12 | 1 | FIFTH THIRD BANK | | 1129-000 | $24,679.53 | | $24,679.53 |
| 02/13/13 | 101 | International Sureties, Ltd. Suite 430 701 Poydras Street New Orleans, LA 70139 | bond no. 016026455 | 2300-000 | | $20.00 | $24,659.53 |
| 03/08/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | service charge | 2600-000 | | $23.66 | $24,635.87 |
| 04/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | service charge | 2600-000 | | $26.16 | $24,609.71 |
| 05/09/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | | 2600-000 | | $25.30 | $24,584.41 |
| 05/22/13 | | Transfer to Acct # xxxxx7390 | Transfer of Funds | 9999-000 | | $24,584.41 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $24,679.53 | $24,679.53 |
| Less: Bank Transfers/CD's | $0.00 | $24,584.41 |
| Subtotal | $24,679.53 | $95.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $24,679.53 | $95.12 |

Page Subtotals: $24,679.53  $24,679.53

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Page: 2

Exhibit 9

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-03527  
Case Name: CRITTER DETECTIVES INCORPORATED  
Taxpayer ID No: XX-XXX8704  
For Period Ending: 11/11/2013  

Trustee Name: DAVID R. BROWN  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX7390  Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/22/13 | | Transfer from Acct # xxxxxx7763 | Transfer of Funds | 9999-000 | $24,584.41 | | $24,584.41 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.61 | $24,573.80 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.35 | $24,538.45 |
| 07/15/13 | 3001 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,217.95 | $21,320.50 |
| 07/15/13 | 3002 | CLERK OF THE BANKRUPTCY COURT 219 S. Dearborn Street Chicago, IL 60604 ATTN: Fiscal Dept. | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $293.00 | $21,027.50 |
| 07/15/13 | 3003 | SPRINGER BROWN, LLC 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,316.50 | $17,711.00 |
| 07/15/13 | 3004 | Illinois Department Of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10Th Flr. | Final distribution to claim 2 representing a payment of 43.10 % per court order. | 5800-000 | | $1,492.90 | $16,218.10 |
| 07/15/13 | 3005 | Internal Revenue Service Po Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 3 representing a payment of 43.10 % per court order. | 5800-000 | | $13,720.64 | $2,497.46 |
| 07/15/13 | 3006 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Final distribution to claim 4 representing a payment of 43.10 % per court order. | 5800-000 | | $2,497.46 | $0.00 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.87 | ($28.87) |
| 11/11/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | service charge reversal | 2600-000 | | ($28.87) | $0.00 |

Page Subtotals: $24,584.41  $24,584.41

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Page: 3

Exhibit 9

| COLUMN TOTALS | $24,584.41 | $24,584.41 |
| --- | --- | --- |
| Less: Bank Transfers/CD's | $24,584.41 | $0.00 |
| Subtotal | $0.00 | $24,584.41 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $24,584.41 |

Page Subtotals: $0.00 $0.00

Page: 4

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7390 - Checking | $0.00 | $24,584.41 | $0.00 |
| XXXXXX7763 - Checking Account | $24,679.53 | $95.12 | $0.00 |
| | $24,679.53 | $24,679.53 | |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: $0.00
Total Net Deposits: $24,679.53
Total Gross Receipts: $24,679.53

Page Subtotals: $0.00    $0.00